ACCEPTED
01-15-00176-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 4:45:17 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00176-CR

## IN THE COURT OF APPEALS

## FOR THE

## FIRST DISTRICT OF TEXAS

## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/24/2015 4:45:17 PM
CHRISTOPHER A. PRINE
Clerk

---

## T. C. CAUSE NO. 1967710

## IN THE COUNTY CRIMINAL COURT OF LAW #3

## OF HARRIS COUNTY, TEXAS

---

## RUSSELL LEVI POPE

### Appellant

## V.

## THE STATE OF TEXAS

### Appellee

---

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLATE BRIEF

---

TO THE HONORABLE JUSTICES OF THE 1st COURT OF APPEALS:

COMES NOW, RUSSELL LEVI POPE, Appellant, and files this his Motion for Extension of Time to file Appellant's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

### I.

Appellant was charged by Information with the misdemeanor offense of driving while intoxicated in cause number 1967710. Appellant filed a dispositive Motion to Suppress Blood

Search Warrant with the trial court on January 20, 2015. A hearing was had on Appellant's dispositive motion to suppress on January 30, 2015. The trial court denied Appellant's dispositive Motion to Suppress Blood Search Warrant. After the denial of his dispositive motion to suppress, the Appellant, by agreement with the State, plead guilty to the misdemeanor offense of driving while intoxicated. The trial court sentenced Appellant to one year in the Harris County jail, but suspended the sentence, placing Appellant on probation for two (2) years.

## II.

On February 3, 2015, Appellant perfected his notice of appeal.

## III.

Appellant's attorney seeks additional time to file his brief for the following reasons:

1. Appellant's attorney was retained to pursue the appeal on behalf of Appellant on April 20, 2015, only ten (10) days before the brief on the appeal is due with this Honorable Court. Although the Appellant has made arrangements to pay for the Reporter's Record, appellate counsel has not yet received the record for use in preparing the brief on appeal.

2. Additionally, the Attorney is preparing for trials in the *State of Texas v. Joshua Escalante*, charged with the felony offense of Assault Family Violence - Choking in cause number 1422392, set for trial May 4, 2015 in the 182nd District Court of Harris County, Texas and *State of Texas v. Gregory Milliken*, charged with the felony offense of Indecency with a Child by Contact in cause number CR31157, set for trial May 11, 2015 in the 253rd District Court of Liberty County, Texas.

3. Finally, Counsel for Appellant is a solo practitioner and will need the requested additional time to complete the review of the Reporter's Record, to be able to then prepare Appellant's Brief.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to extend the time for filing Appellant's brief until June 23, 2015, which is sixty days from the current deadline.

Respectfully submitted,

Richard K. Oliver
SBN 24048179
1221 Studewood St.
Houston, Texas 77008
Tel: 713-864-3700
Fax: 713-864-3703
ATTORNEY FOR APPELLANT
RUSSELL LEVI POPE

# AFFIDAVIT

THE STATE OF TEXAS       §
                                    §

COUNTY OF HARRIS       §

Before me, the undersigned authority, on this day personally appeared RICHARD K. OLIVER, who after being duly sworn, deposed and stated:

"I am the attorney in charge for Appellant, Russell Levi Pope. I have read the attached Motion and the facts and allegations contained therein are true and correct to the best of my knowledge and belief."

Further Affiant sayeth not.



_____
Richard K. Oliver

SWORN TO AND SUBSCRIBED before me on this 22nd day of April, 2015.

_____
Notary Public, State of Texas

SHEILA LEISINGER
Notary Public, State of Texas
My Commission Expires
September 16, 2017

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing instrument has been delivered to Mr. Alan Curry at the following address on this the 22nd day of _April_ , 2015.

Mr. Alan Curry
Chief, Appellate Division
Harris County District Attorney's Office
1201 Franklin, 6th Floor
Houston, TX 77002

_____
Richard K. Oliver